**Henry Harding BURROUGHS, Appellant, v. Marie L. BURROUGHS, Appellee.**

(Court of Appeals of District of Columbia. Submitted November 7, 1924. Decided January 5, 1925.)

No. 4097.

Appeal from the Supreme Court of the District of Columbia.

D. T. Wright and R. B. Dickey, both of Washington, D. C., for appellant.

A. D. Esher, of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, VAN ORSDEL, Associate Justice, and BARBER, Judge of the United States Court of Customs Appeals.

BARBER, Acting Associate Justice. This is an appeal from the decree of the Supreme Court of the District of Columbia, dismissing the appellant's cross-bill, asking for an annulment of his marriage with the appellee, based on section 1285 of the District Code, providing that a marriage may be annulled when the consent of either party thereto has been procured by force or fraud.

The case was heard below and here together with No. 4098, Marie L. Burroughs v. Henry Harding Burroughs, —— App. D. C.

——, 4 F.(2d) 936, in which opinion is handed down concurrently herewith. It is sufficient to say that, for the reasons set forth in the opinion in that case, the decree in this case is affirmed, with costs.